ARNOLD ROSS, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 23299.)

JAMES DAGGETT, as Administrator of the Estate of WILLIAM DAGGETT, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 23300.)

(Argued October 18, 1934; decided November 20, 1934.)

*John J. Bennett, Jr.*, Attorney-General (*Edward E. Brogan* and *Isaac I. Marks* of counsel), for appellant.

*Ernest P. Lyons* and *Glenn A. Frank* for respondents.

In each case, judgment affirmed, with costs in favor of claimant against the State of New York. No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS. CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.